IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BOBBY CLEVELAND BENNETT**     **PLAINTIFF**
**#145200**

V.     Case No. 3:24-CV-00054-BRW-BBM

**KEVIN MOLDER**, Sheriff, Poinsett County
Detention Center; **REGINA HINDMAN**, Lt.,
Poinsett County Detention Center;
**TABITHA SIMONS**, Sgt., Poinsett County
Detention Center; and **BJ CARTER**,
Administrator, Poinsett County Detention
Center     **DEFENDANTS**

## ORDER

I have reviewed the Recommendation submitted by United States Magistrate Judge Benecia B. Moore. No objections were filed. After careful review, I approve and adopt the Recommendation.

Accordingly, Plaintiff's Complaint (Doc. 1) and Amended Complaint (Doc. 3) are DISMISSED without prejudice for failing to state a claim upon which relief may be granted. Dismissal is recommended as a "STRIKE."[1] I certify that an *in forma pauperis* appeal from this Order would not be taken in good faith.[2]

IT IS SO ORDERED this 7th day of March, 2025.

                              BILLY ROY WILSON
                              UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(g).

[2] 28 U.S.C. § 1915(a)(3).